NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,                     )
                                       )
                                       )
            Petitioner,                )
                                       )
v.                                     )      Case No. 2D17-2361
                                       )
GLORIA KAYE WOLFORD, JUAN C.           )
LONDONO, and ALEXIS CERON,             )
                                       )
            Respondents.               )
_____    )

Opinion filed February 14, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Paul L.
Huey, Judge.

Daniel M. Schwarz of Cole, Scott &
Kissane, P.A., Plantation, for Petitioner.

Laura A. Turbe Capaz of Capaz Law
Firm, P.A., Tampa, for Respondent
Alexis Ceron.

No appearance for remaining
Respondents.


PER CURIAM.


            Denied.


CASANUEVA, MORRIS, and SLEET, JJ., Concur.